IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAULA M. SEWARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-14-1216-L |
| CAROLYN W. COLVIN, acting Commissioner Social Security Administration, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

On August 27, 2015, Magistrate Judge Suzanne Mitchell entered a Report and Recommendation in this action brought by plaintiff pursuant to 42 U.S.C. §405(g) for judicial review of the defendant acting Commissioner of the Social Security Administration's ("Commissioner's") final decision denying plaintiff's applications for disability insurance benefits and supplemental security income under the Social Security Act. The Magistrate Judge recommended that the decision of the Commissioner be affirmed.

The court file reflects that plaintiff filed a timely Objection to the Magistrate Judge's Report and Recommendation which the court has carefully considered. In addition, the Commissioner filed a reply brief, which has also been considered.

Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

The Magistrate Judge properly found no grounds for reversal based on alleged errors in the weighing of medical evidence by the Administrative Law Judge ("ALJ").  Further, the Magistrate Judge correctly found no error with respect to the ALJ's alleged failure to consider how plaintiff's obesity affected the ALJ's residual functional capacity ("RFC") assessment.  The Magistrate Judge also correctly found that there was no error in the ALJ's analysis of plaintiff's credibility.

Thus, upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.  Accordingly, the decision of the Commissioner to deny plaintiff's applications for disability insurance benefits and supplemental security income under the Social Security Act is **AFFIRMED.**

It is so ordered this 6th day of October, 2015.

_____
TIM LEONARD
United States District Judge